F I L E D
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 21 2011

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

This case assigned to District Judge *Wright*
and to Magistrate Judge *Young*

Neal K. Maddox, pro se
12018 Black Walnut Circle
Little Rock, AR 72210
Plaintiff, pro se

Vs.

Civil Action No. **4·11·CV·0696SWW**

U S Department of Defense (DOD),
DOD Secretary of Defense Leon E. Panetta, Trahan, Leonard C., OIG DoD, Carlson, Lynn S., OIG DoD, Crane, John R.,
OIG DoD, Hickey, John D., OIG DoD, Kempen, Eric B., OIG DoD, Daniel Meyer OIG DoD, et al
1300 Defense Pentagon
Washington, DC 20301-1300
Defendants, et al

The Plaintiff requests a non-jury hearing / trial in this case.

The US Department of Defense (DOD), perhaps with other agencies, has created a "Dragon" and has no idea apparently on how to grab the "Dragon's" tail let alone subdue the "Dragon". The "Dragon" is the technologies which the DOD has developed and / or contacted for development. These technologies include RF, Microwave, Laser, High Frequency Sound, Low Frequency Sound, etc transmissions developed for military tactics and warfare. (Please see Exhibit A one page).

These technologies were apparently developed without the consideration of development of low cost transmission detection devises for law enforcement or the public being provided. OSHA has some detection devices for microwave, etc but these are designed to be use in a wok place or factory setting.

Plaintiff was a Federal Government employee of the US Department of the Army from June, 2003 to April, 2006. Plaintiff has never understood why the DOD US Army CID and FBI have not investigated the attacks on Plaintiff.

In January, 2006 Plaintiff reported an apparent violation of Law, Rule, Regulation, or Policy concerning an employee of the US Army and some contractors to the DOD US Army Criminal Investigation Division (CID) Fort Benning, GA.  Within a matter of days Plaintiff came under attack by these contractors Paramilitary cult. This Paramilitary cult's attacks are using Laser, RF, Microwave, High Frequency Sound, etc against me.

I believe an investigation of this Paramilitary cult will disclose that they possess all of the Urban Warfare weapons. These weapons include conventional firearms and downsized transmission devices for these technologies used on humans. The investigation will show that this Paramilitary cult has computer hacking, wire tapping, listening devices, GPS tracking of vehicles, local tracking of vehicles, etc capability.

This Paramilitary cult has Laser, Microwave, etc transmission technology and therefore has the capability to kill a person they target. Laser and Microwave technology transmissions may maim or incapacitate a person by blinding them or damaging the inner ear. High Frequency Sound technology transmissions will cause nausea (make a person sick) and disorientation.

Also it appears that this Paramilitary cult is part of a larger organization that has the money, educational facilities, technical equipment access, motivation, etc to promote the Paramilitary activities attacks on the General Population of America. It appears that the organization selects members and provides them with the devices and instruction on how to use the devices.

My efforts to obtain assistance and relief from the persons of authority such as DOD, US Army CID, US Attorney General, Director of FBI and local law enforcement are set forth in Exhibit B Time Line of two pages. Plaintiff has asked for detection devices for these technologies, an investigation of the matter and that the public be made aware of the danger / hazard of these technologies on the General Population of America.

The reason stated by DODOIG for denying Plaintiff relief, Whistleblower status, etc is not reasonable / valid under the Federal Whistleblower Laws"...Health and Safety". (Please see Exhibit C one page).

The Plaintiff has told the truth to the above authorities' and to the Court. The proof that these technologies are in the hands of persons who will use them on other people is being proven every day. Plaintiff has appealed to all of the persons of Authority available and has now come to this court.

Having been on the receiving end of the transmissions of these technologies, I can testify that if the US Army and US Marines were using these technologies in current conflicts they would not have to go into a building to check for enemy persons. The military could use a Laser to locate enemy persons and drive them out with transmissions of RF, Microwave, Laser, etc.

U S House of Representatives H.R. 386 which addresses some of these technologies abuse has been referred to the U. S Senate Judiciary Committee for action. It is hoped that the U. S. Senate will expand the legislation to cover all of these technologies.

Plaintiff request relief through an investigation by DOD US Army CID and DOD providing detection devices for these technologies, reinstatement to a similar job with back pay and benefits as a civilian employee of the US Army, designated a Whistleblower under the Federal Whistleblower Laws "...Health and Safety." status, such other Personnel actions as may be appropriate by the Court and such other unspecified compensation as may be appropriate by the Court.

Plaintiff Neal K. Maddox, pro se
Email: maddoxnk@hotmail.com
PH 479-236-6466

*Exhibit* A

Technology Development List:

Information about the RF Transmissions, Laser Transmission, High Frequency Sound Transmission, and Microwave Transmission technologies etc, developed by the Department of Defense (DOD) or at the request of can be located on the internet and / or obtained from DOD.

All of these technologies can be aimed / focused / directed at a relative small area or at a single person.

The CBS Evening News Program Channel 11, Little Rock AR on January 19, 2011 covered the illegal use of Lasers by persons who are pointing / focusing the Laser beam from the ground, a vehicle or a building at aircraft / helicopters, etc as the aircraft comes in for a landing or is hovering over a city. The effect of these Laser beams attacks "blinds" the pilot of the aircraft. The Laser beam may cause permanent damage to the eyes of the person being "hit" by the beam according to the news report.

The CBS 60 Minutes Program US Army's "Radar Gun", Channel 11, Little Rock AR, on March 2, 2008 addressed the RF Transmissions technology developed by the Department of Defense to be used against enemy forces. The program indicated that this technology when applied made it impossible for a person to stand the application and the person would "run away". There is not any sound transmission involved in this transmission.

On December22, 2008 the History Channel, Comcast channel 70 in Little Rock, AR had a program on the Department of Defense development / experiments of High Frequency Sound Transmissions to be used against enemy forces. The program indicated that the experiments in this technology resulted in causing nausea and disorientation in the soldiers / enemy forces.

The History Channel, Comcast channel 70, in Little Rock, AR had a program on August 4, 2009 covering the Department of Defense development of Laser, Microwave, and etc technology. The program covered the development of these technologies for use in war / conflicts.  The development of these technologies <u>began major development in 2000 according to the program</u>.

The History Channel, Comcast channel 70 in Little Rock, AR, had a program on August 11, 2009. This program concerned Microwave Technology and the development of this technology by the Department of Defense (DOD), US Army, Central Intelligence Agency (CIA), etc to be used in covert, military situations, etc. This program indicated that the Microwave Transmissions could cause the person subjected to them to <u>"hear voices" or sound generated inside the cranium, etc</u>.

Author: Ian Sample
New Scientist issue: 17th November 2001
**Sound defense**
WEAPONS that fire high-intensity "sonic bullets" could be used by sky marshals to incapacitate terrorists who try to hijack passenger aircraft. The US Department of Defense is assessing the technology following the attacks on 11 September. Elwood Norris, chairman of American Technology Corporation in San Diego, California, says the Department of Defense approached him about a device the firm has patented that produces narrow but high-power beams of sound.......

US to Use Microwave Weapons on America Citizens
By Lolita C. Baldor
The Associated Press
Tuesday 12 September 2006
**Air Force official says nonlethal weapons should be used on people in crowd-control situations.**
Washington - Nonlethal weapons such as high-power microwave devices should be used on American citizens in crowd-control situations before they are used on the battlefield, the Air Force secretary said Tuesday.
Domestic use would make it easier to avoid questions in the international community over any possible safety concerns, said Secretary Michael Wynne.
"If we're not willing to use it here against our fellow citizens, then we should not be willing to use it in a wartime situation," said Wynne. "(Because) if I hit somebody with a nonlethal weapon and they claim that it injured them in a way that was not intended, I think that I would be vilified in the world press." ........

I was a Federal Civil Servant working for the US Army in 2006. I have been a Full Time Seasonal Federal Civil Servant working for the SBA since 2007. The DOD, US Army CID and FBI have been aware of the danger these technologies sense January, 2006 when I went to them for relief, etc.These attacks by this Paramilitary cult are with Laser, RF, Microwave, Ultrasound, etc technologies.

## TIME LINE

1. In January, 2006 I reported an apparent violation of Law, Rule, Regulation, or policy concerning an employee of the US Army and some contractors to the DOD US Army Criminal Investigation Division (CID) Fort Benning, GA. Within a matter of days I came under attack by these contractors via their Paramilitary cult. This Paramilitary cult has used Laser, RF, Microwave, High Frequency Sound, etc against me. I went to the Columbus, GA Police Detectives two times; the FBI, Agent Joloise (Spelling), one time and returned to the CID three more times. The head of the CID station at Fort Benning, GA called my employer, after my forth visit to the CID, the Directorate of Contracting, Ms Karen Brinckmann Director and made disparaging remarks about me.

2. In February or March, 2006 I contacted the FBI office at Bowling Green KY where I talked to Agent Joloise (Spelling). Later in the year I contacted the office again and I was informed that Agent Joloise was no longer at that office and that there was not a file for me at that office.

3. In May 29, June 7, June 22, November 16 2007 I contacted the FBI either by mail or by a personal visit (Fayetteville, AR) in an attempt to obtain assistance, hearing, investigation, etc. In August28, 2007 I contacted via email or letter President George W. Bush.

4. In January, 2008 I petitioned the US District Court (the US Attorney General and FBI received service) to order the FBI, DOD, etc to investigate my case. The Court dismissed the case.

5. March, 2008 I received a response to my letter to OSHA regarding detection devices for RF and Microwave transmissions. OSHA indicated the cost of their detection devices raged from $5,000 to $10,000.

6. In April, 2008 I appealed via certified letter to Mr. M. B. Mukasey then US Attorney General for assistance regarding my case. I never received a response.

7. In May, 2008 I appealed via certified letter to Mr. R. M. Gates Secretary Department of Defense for assistance regarding my case. I never received a response.

8. In August, 2008 I contacted / petitioned former Senator Blanche Lincoln's office for assistance and to intervene in my case in getting an interview, hearing, investigation, etc.

9. Throughout 2009 I worked with former Senator Blanche Lincoln's staff (Courtney Cooper, Tony McClain, etc) regarding my case. I was told by Mr. McClain of Senator Lincoln's office that the US Department of the Army had been contacted regarding my case.

10. In January 2010 I sent via certified mail a request to the Department of Defense Office of Inspector General (DODOIG) for relief, interview, investigation, etc of my case and a request to be designated a Whistleblower under Federal Whistleblower Laws …Health and Safety.

11. In March, 2010+- I contacted former Senator Blanche Lincoln's office and requested assistance regarding my submission to DODOIG. Ms Courtney Cooper of Senator Lincoln's office contacted the DODOIG in my behalf and was informed by MR. John Crane DODOIG that my certified letter had not been received. Ms Cooper sent FAX copies of my letter, proof of delivery and 8 to 11 more documents to Mr. Crane.

12. In April, 2010 I was assigned a Hotline Case Number and told my case was being assigned to DODOIG CRI. I questioned this action but stated in the spirit of cooperation I would consent to the assignment.

13. In April, 2010 I furnished Mr. Daniel Meyer DODOIG CRI 3 to 5 documents via email concerning my case. These documents were in addition to documents sent by Senator Lincoln's office. I requested the OIGDOD to consider all of my documents submitted via my emails and via Senator Lincoln in my case.

14. On or about <u>April 27, 2010</u> I received an email from Mr. Daniel Meyer DODOIG CRI referring to the request for an investigation of my case letter sent to DODOIG by Senator Blanche Lincoln. Apparently no investigation was made and no reason given to Senator Lincoln why an investigation was not performed. Mr. Meyer's email was addressed to Trahan, Leonard C., OIG DoD, Carlson, Lynn S., OIG DoD, Crane, John R., SES, OIG DoD, Hickey, John D., OIG DoD, Kempen, Eric B., OIG DoD, and Neal Maddox.
:

15. <u>In May, 2010</u>  Mr. John Crane sent a letter to Senator Lincoln indicating that my case had been rejected / closed because I had stated / alleged that there was a "…cult within the Government"…. This is the sole reason given as far as I know to why my case was rejected. The DODOIG appears to have never responded to Senator Lincoln's request for an investigation of my case.

16. From <u>June, 2010 to November 2, 2010</u> I addressed emails to DODOIG regarding appeal of my case and requesting a copy of the document wherein Mr. John Crane purports I alleged a "…cult within the Government"….. I was in contact with Senator Blanche Lincoln's office (Courtney Cooper as I recall) during this time period.

17. In <u>September, 2010</u> I appealed via certified letter to Mr. R. S. Mueller III Director of FBI for assistance regarding my case. I never received a response.

18. In <u>September, 2010</u> I appealed via certified letter to Mr. E. H. Holder Jr. US Attorney General for assistance regarding my case. I never received a response. In September 9, 2010 I contacted via email or letter President Barack Obama.

19. On <u>November 2, 2010</u> I filed a request under the FOIA with Ms Jeanne Miller DODOIG FOIA/PA for an official copy of the document Mr. John Crane purports I alleged "a cult within the Government".

20. In <u>December, 2010</u> I received a response from DODOIG FOIA/PA dated December 22, 2010 that I could not have an official copy of "my" letter referred to and used to cancel / deny my case by Mr. Crane and that I would have to address the matter to Mr. John Crane.

21. On <u>March 2, 2011</u> I contacted Senator Pryor and Congressman Griffin regarding my case and ask for assistance to obtain relief, a fair hearing, interview, investigation, etc and such personnel actions as deemed appropriate.

22. In <u>April, 2011</u> I went to the Little Rock Arkansas Police Department in an attempt to talk to a Police Detective regarding the matter of these attacks. I completed a "report". I went back to the Police station and was informed that my "report" had been destroyed on orders of the Captain of the office. The Captain informed me that such matters should be taken up with the Federal Bureau of Investigation.

23. In <u>June 2011</u> I again appealed to Mr. Eric H. Holder, Jr. US Attorney General for assistance regarding this matter.

24. <u>In June 2011</u> I learned through a letter from Mr. John R. Crane DODOIG to Congressman Griffin that the DOD would not take any action in granting me relief from these attacks, designate me a Whistleblower, etc.

I have continued to contact the FBI, US Attorney General and law enforcement regarding these attacks from 2006 to the present.

*Exhibit C*



INSPECTOR GENERAL
DEPARTMENT OF DEFENSE
400 ARMY NAVY DRIVE
ARLINGTON, VIRGINIA 22202-4704

MAY 1 8 2010

The Honorable Blanche Lincoln
United States Senator
912 West Fourth Street
Little Rock, AR 72201

Dear Senator Lincoln:

This is in further response to a facsimile from Ms. Courtney Cooper of your office dated March 17, 2010, on behalf of Neal Maddox, who identifies himself as a former Department of the Army employee. Your correspondence forwarded a copy of a letter that Mr. Maddox addressed to the Office of the Special Counsel, an independent agency of the Executive Branch, in which he requested to be designated as a "whistleblower." In this letter Mr. Maddox also alleged that a "cult" within the Government is utilizing undefined technologies to "cause physical harm, damage / destroy safety and injure the health of other citizens." Mr. Maddox further requests assistance to "Attempt to get the DoD to supply the detection devices needed to prove the transmissions of these technologies, which they have developed."

As reflected in prior correspondence, the complaint from Mr. Maddox was provided to the Defense Hotline and subsequently routed to the Director, Civilian Reprisal Investigations (CRI), for review. Mr. Maddox was contacted by CRI personnel in an effort to further determine what actions he envisioned being taken by this agency. Based on a review of his original letter addressed to the OSC, and other communication received from Mr. Maddox, both CRI and the Defense Hotline determined that there is no basis for further review of this matter.

Should you have any questions regarding this matter, please contact me at (703) 604-8324.

Sincerely,

John R. Crane
Assistant Inspector General
Communications and Congressional Liaison