IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NEAL K. MADDOX, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00696 SWW |
| | * | |
| UNITED STATES DEPARTMENT OF DEFENSE, ET AL., | * | |
| | * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this complaint be and is hereby dismissed with prejudice.

DATED this 5th day of December, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE